David J. Freeman
Nevada Bar No. 10045
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2511
Fax: (702) 669-4650

Neil K. Roman, Esq.
(*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: (202) 841-1000
E-mail: nroman@cov.com

Yurij D. Melnyk, Esq.
(*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Tel.: (415) 591-6000
E-mail: ymelnyk@cov.com

*Attorneys for Plaintiff*
*The American Automobile Association, Inc.*

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AAA ANYTIME, INC., MITCHELL WINIK, and KATHERINE CARTER, <br><br> Defendants. | CASE NO.: 2:19-cv-00255-APG-PAL <br><br> **STIPULATION AND PROPOSED ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** <br><br> **(First Request)** |

Plaintiff The American Automobile Association, Inc. ("AAA" or "Plaintiff") and Defendants AAA Anytime, Inc., Mitchell Winik and Katherine Carter ("Defendants"), by and through their respective attorneys of record, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure ("FED. R. CIV. P."), and Local Rule 6-1, hereby stipulate and agree as follows:

1

1. Plaintiff commenced this action on February 12, 2019 by filing a *Complaint* against Defendants for trademark infringement in violation of Section 32 of the Federal Trademark Act (the "Lanham Act"), 15 U.S.C. § 1114; false designation of origin and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); cybersquatting in violation of Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d); trademark dilution in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), and Nev. Rev. Stat. § 600.435; deceptive trade practices in violation of Nev. Rev. Stat §§ 41.600 and 598.0915; and common law trademark infringement. (ECF No. 1).

2. The Summons and Complaint were served upon Defendant AAA Anytime, Inc. on or about February 13, 2019. (ECF No. 7).

3. The deadline for Defendant AAA Anytime, Inc. to file its answer or otherwise respond to the Complaint in accordance with FED. R. CIV. P. 12(a)(1) is March 6, 2019.

4. The Summons and Complaint were served upon Defendants Mitchell Winik and Katherine Carter on or about February 23, 2019. (ECF Nos. 8 and 9).

5. The deadline for Defendants Mitchell Winik and Katherine Carter to file their respective answers or otherwise respond to the Complaint in accordance with FED. R. CIV. P. 12(a)(1) is March 18, 2019.

6. Defendants are collectively represented in this action by Philip A. Kantor, Esq.

7. The parties are currently negotiating a resolution of this matter without further Court intervention; however, the parties anticipate that negotiations will not be completed prior to the current deadlines for Defendants to file and serve their responses to the Complaint.

8. WHEREFORE, the parties stipulate and agree to enlarge the time for Defendants to answer or otherwise respond to the Complaint for an additional thirty (30) days to April 5, 2019.

9. This Stipulation is submitted prior to the expiration of the period provided for the filing and service of Defendants' responses to the Complaint (March 6th and 18th), is not interposed merely for delay, and is made in good faith between the parties hereto.

10. This is the first stipulation to enlarge the time for Defendants to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED**:

DATED March 4, 2019.

David J. Freeman, Esq.
Nevada Bar No. 10045
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Neil K. Roman, Esq.
(*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

Yurij D. Melnyk, Esq.
(*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356

*Attorneys for Plaintiff*

DATED March 4, 2019.

Philip A. Kantor, Esq.
LAW OFFICES OF PHILIP A. KANTOR, P.C.
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134

*Attorneys for Defendants*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 5th day of March, 2019.

12120699_1

3