David J. Freeman, Esq.
Nevada Bar No. 10045
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2511
Fax: (702) 669-4650
E-mail: dfreeman@hollandhart.com

Yurij D. Melnyk, Esq.
(*admitted pro hac vice*)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Tel.: (415) 591-6000
E-mail: ymelnyk@cov.com

*Attorneys for Plaintiff
The American Automobile Association, Inc.*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AAA ANYTIME, INC., MITCHELL WINIK, and KATHERINE CARTER,<br><br>Defendants. | CASE NO.: 2:19-cv-00255-APG-PAL<br><br>**STIPULATION AND PROPOSED ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>**(Second Request)** |

Plaintiff The American Automobile Association, Inc. ("AAA" or "Plaintiff") and Defendants AAA Anytime, Inc., Mitchell Winik and Katherine Carter ("Defendants"), by and through their respective attorneys of record, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure ("FED. R. CIV. P."), and Local Rule 6-1, hereby stipulate and agree as follows:

1. Plaintiff commenced this action on February 12, 2019 by filing a *Complaint* against Defendants for trademark infringement in violation of Section 32 of the Federal Trademark Act (the "Lanham Act"), 15 U.S.C. § 1114; false designation of origin and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); cybersquatting in violation of Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d); trademark

11. This Stipulation is submitted prior to the expiration of the period provided for the filing and service of Defendants' responses to the Complaint (April 5th), is not interposed merely for delay, and is made in good faith between the parties hereto.

12. This is the second stipulation to enlarge the time for Defendants to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED**:

DATED April 4, 2019.

David J. Freeman, Esq.
Nevada Bar No. 10045
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Yurij D. Melnyk, Esq.
(*admitted pro hac vice*)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356

*Attorneys for Plaintiff*

DATED April 4, 2019.

Philip A. Kantor, Esq.
LAW OFFICES OF PHILIP A. KANTOR, P.C.
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134

*Attorneys for Defendants*

The parties have not indicated how much time is requested. As such,
**IT IS ORDERED** that a 30-day extension, or until **May 6, 2019**, is granted for the defendant to file an answer or otherwise respond to the complaint. No further extensions will be allowed.

UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of April, 2019.

12257770_1