David J. Freeman
Nevada Bar No. 10045
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2511
Fax: (702) 669-4650

Neil K. Roman, Esq.
(*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: (202) 841-1000
E-mail: nroman@cov.com

Yurij D. Melnyk, Esq.
(*pro hac vice* admitted)
COVINGTON & BURLING LLP
Salesforce Tower, 415 Mission Street
San Francisco, CA 94105-2533
Tel.: (415) 591-6000
E-mail: ymelnyk@cov.com

*Attorneys for Plaintiff*
*The American Automobile Association, Inc.*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AAA ANYTIME, INC. and MITCHELL WINIK,<br><br>Defendants. | CASE NO.: 2:19-cv-00255-APG-PAL<br><br>NOTICE OF SETTLEMENT |

Plaintiff The American Automobile Association, Inc. and Defendants AAA Anytime, Inc. and Mitchell Winik (collectively, the "Parties") have entered into a Settlement Agreement with respect to the above-captioned case. Defendants will have until December 31, 2019 to comply with the Settlement Agreement. The Parties intend to file a Notice of Voluntary

1

Dismissal once Defendants have provided proof of compliance with the terms of the Settlement Agreement.

May 3, 2019

Respectfully submitted,

_____
David J. Freeman, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542

*Attorney for Plaintiff The American Automobile Association, Inc.*

_____
Philip A. Kantor
Law Offices of Philip A. Kantor PC
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
Phone: (702) 255-1300

*Attorney for Defendants AAA Anytime, Inc. and Mitchell Winik*

**IT IS ORDERED** that the parties shall have until **January 6, 2020** to either file their stipulation to dismiss with prejudice, or their proposed discovery plan and scheduling order.

Dated: May 6, 2019

_____
Brenda Weksler
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2019, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was served on counsel through the Court's electronic service system and/or U.S. Mail as follows:

**Electronic Service:**

Phil Kantor
LAW OFFICES OF PHILIP A. KANTOR, P.C.
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
Phone: (702) 255-1300
Email: prsak@aya.yale.edu

/s/ Yalonda Dekle
An Employee of Holland & Hart LLP

12446626_1

3