# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

American Automobile Association, Inc.

                Plaintiff,

v.

AAA Anytime, Inc. et al

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00255-APG-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of plaintiff American Automobile Association, Inc. and against defendants, AAA Anytime, Inc. and Mitchell Winik. The Defendants, jointly and severally, shall pay to AAA its costs of suit and reasonable attorneys' fees, totaling $14,703.60.

| | |
|---|---|
| 4/1/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |