# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br> Plaintiff <br><br> v. <br><br> AAA ANYTIME, INC. AND MITCHELL WINIK, <br><br> Defendants | Case No.: 2:19-cv-00255-APG-BNW <br><br> **Order to Show Cause Why Defendants Should not be Held in Contempt** <br><br> [ECF No. 39] |

I previously entered default judgment in favor of plaintiff The American Automobile Association, Inc. (AAA) and against defendants AAA Anytime, Inc. and Mitchell Winik (collectively, the Defendants). ECF Nos. 36, 37.  AAA contends that the Defendants have not complied with the terms of that default judgment.  Thus, AAA now moves for contempt sanctions against them. ECF No. 39.

I THEREFORE ORDER that AAA's motion **(ECF No. 39) is granted**.  The Defendants shall show cause, in writing, by **October 13,** 2020, why I should not hold them in contempt for failing to comply with the terms of the default judgment entered against them.  Sanctions may include (1) immediate payment of both the entire amount awarded in my prior order and AAA's costs and attorneys' fees incurred in attempting to enforce the Order, and (2) such other sanctions as I deem appropriate under the circumstances.  I will conduct a hearing, by video conference, on whether to impose contempt sanctions on **October 21, 2020 at 10:30 a.m.**  My courtroom deputy will provide instructions on how to access that video conference as that date approaches.

Dated this 2nd day of October, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE